# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

ALBERTO VENEGAS-SOSA

**CRIMINAL COMPLAINT**

Case No. 3:20-mj- 1448-PDB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about October 24, 2020, in St. Johns County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about February 2, 2010, and on or about April 26, 2020,

in violation of Title 8, United States Code, Section 1326.   I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
~~Monica Peets~~
MICHAEL C. MELANCON

Sworn to before me and subscribed in my presence,

on December 17, 2020                          at          Jacksonville, Florida

PATRICIA D. BARKSDALE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CRIMINAL COMPLAINT AFFIDAVIT

I, Michael C. Melancon, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1.     Your affiant has been a Deportation Officer for ICE since 2011. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States.  In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2.     On October 24, 2020, the Jacksonville Sub Office received information that an individual identified as Alberto VENEGAS-SOSA, who was born on a date in August of 1980, had been booked into the Saint Johns County jail, in St. Augustine, Florida, within the Middle District of Florida.  On the same date, Deportation Officer Villafane ran immigration service computer checks by using the biographical and FBI record provided, which resulted on a match to Alberto VENEGAS-SOSA, a citizen of Mexico born on the same date.  Further record checks indicated that VENEGAS-SOSA is an alien previously deported from the United States who lacked permission to enter or remain in the United

States.  Deportation Officer Villafane sent an ICE detainer for VENEGAS-SOSA to the St. Johns County jail on October 24, 2020.

3.     On December 15, 2020, the St. Johns County jail notified your affiant that the local charges for VENEGAS-SOSA were resolved and that he was ready to be picked up on the ICE detainer.

4.     On December 16, 2020, VENEGAS-SOSA was administratively arrested and transported to the ICE Sub Office in Jacksonville, Florida for administrative processing.  During processing, Deportation Officer Baez entered VENEGAS-SOSA's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities.  The system returned a match and reflected that VENEGAS-SOSA had been previously encountered by immigration authorities and had been assigned an Alien Registration number ("A-number").  Deportation Officer Baez then conducted additional DHS computer checks using the A-number, which reflected that VENEGAS-SOSA is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on two occasions.

5.     Your affiant also reviewed documents from the Alien Registration file ("A-file") for VENEGAS-SOSA.  An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and

2

encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that VENEGAS-SOSA was previously deported or removed from the United States to Mexico on two occasions: on February 2, 2010, through El Paso, Texas, and on April 21, 2010, through Nogales, Arizona. The A-file contained no record that VENEGAS-SOSA had ever applied for or received permission from the Attorney General or the Secretary of the Homeland Security for the United States to re-enter the United States since the time of his deportation or removal.

6.    ICE Deportation Officer Baez conducted a sworn interview of VENEGAS-SOSA on December 16, 2020. Before the interview, VENEGAS-SOSA was advised of his constitutional rights and he agreed to make a statement without an attorney present. During the interview, VENEGAS-SOSA said that he is a citizen of Mexico, that he had previously been removed from the United States, and that following his removal he had illegally re-entered the United States sometime in 2011 by walking across the border. VENEGAS-SOSA admitted that he was not inspected by an immigration officer when he re-entered the United States.

7.    On December 16, 2020, a Deportation Officer for ICE advised Assistant United States Attorney Laura Cofer Taylor of the foregoing facts and she authorized criminal prosecution of VENEGAS-SOSA.

3

8.    Based upon the foregoing facts, your affiant believes there is probable cause to establish that VENEGAS-SOSA is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

Michael C. Melancon, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

4